UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Jonathan Lee Riches d/b/a
Ervin Antonio Lupoe,
Plaintiff

V.

1:09cv33 MP/AK

Arthur Nadel; Scoop Management; Scoop Capital; Peg Nadel; Bernard L. Madoff; Bernard L. Madoff Investment Securities; Nicholas Cosmo; Agape World Inc; Marcus Schrenker; Heritage Wealth Management Inc; Heritage Insurance Services Inc; Michelle Schrenker; Kelly Baker; Marc Dreier; James Ossie; CRE Capital; Joseph Forte; Anthony Massaro; Hugo Arias; Financial Industry Regulatory Authority, FINRA; Robert Jaffe; Meaghan Cheung; Ralph Madoff; Sylvia Madoff; Harry Markopolos; Ira Sorkin; Rod Cameron Stringer; Michael Zucker; Viking IRA Fund; Richard Piccoli; Shamika Luciano; Irving Picard,
Defendants

---

Preliminary Injunction, Temporary Restraining Order, TRO 42 USC 1983, Violation of the Truth in Lending Act
Defendants conned me with Ponzi's

Comes now, Jonathan Lee Riches d/b/a Ervin Antonio Lupoe, I face imminent danger from the Defendants. I'm a federal whistle blower who testified against Defendants Ponzi schemes on Capital Hill, Ive been in covert operations with the SEC gathering Fraud evidence against the Defendants since 2001, I was on the payroll and worked for Defendant Nadel & Madoff. Defendants were in a global conspiracy to ponzi the world. I told this to law makers on Capital Hill. I have so much evidence to share about fraud and corruption defendants inflicted on me and my fellow Americans. I lost 22 Billion dollars collectively from Defendants

and I seek #$1,000,000,000.00 Billion in damages, compensation. I seek a restraining order Against Defendants who are planning to kill me and stop me from writing a tell all Book, stop me from whistleblowing them on talkshows, i.e. Larry King, Tavis Smiley, Jerry Springer. On 1-2-09 Nadel wrote me suicide notes at FCI williamsburg, Nadel threatened to run me over in his Subaru, because I have Proof that Arthur Nadel cheated on his wife Peg with Money Honey Maria Bartroroma. Arthur Nadel also used Ponzi money to buy 2 theme Park tickets and had another affair with Miley Cyrus at the Magic Kingdom. The Viking IRA Fund got lost in Minnesota. Defendants are threatening to inject Restylane into my capital. I know Nicholas Cosmo personally, we were in Federal prison together in Allenwood. He plotted major financial scams while in the Prison church. Cosmo has mafia ties, he needed Ponzi funds to pay for Sammy the Bull Gravanos appeal. Cosmo is now threatening to shoot me into the Galaxey. Massaro is money hungry too, he used stolen Ponzi loot to pay for Denny's 1 day Promotion, Free Grand Slam Breakfast. Marc Dreier is trying to poison my Canada dry, he's trying to impersonate me, and crack my head thinking it's a piggy bank. Defendant Marcus Schrenker tainted my heritage. Schrenker is planning to crash a plane into my cell at FCI williamsburg, then Parachute into the Prison rec Yard to steal hedge funds from me. Schrenker skydives with Point Break robbers. I'm threatend with Fly By shootings. Schrenker used stolen money to buy citibank a $50 Million dollar Jet, and Schrenker shook Jett Travolta, and he had affairs with Joan Jett. Michelle Schrenker took out home Equity loans in my name to buy a Indiana Mansion. The Schrenkers looted IndyMac Bank. Marcus Schrenker also secretly crashed US Airways Flight 1549 in the Hudson, to prevent passengers from testifying against him in capital Hill, to water damage their incriminating notebooks against him. Schrenker is threatening to burn me with KOA Firewood and to cut my wrists in a P.Lot Program. Schrenker will not stop distress prank calling me.

I know Bernard Madoff personally. I worked as a cyber slave to him trapped in his NY Penthouse from 2002 through Feb 2003. I broke into E-trade Accounts to wire Funds to Madoffs accounts. This is detailed in my indictment, S.D of Texas case # H-03-90-2. Bernard Madoff made me call him Daddy war Bucks, he made me call him "the Fonzi of Ponzi's", his Happy days when Lacky's Paid". Irving Picard is mishandling my Prison trust Account. Defendants collectively used a Pool of stolen Ponzi money to hire lobbyist Jack Abramoff to influence Capital hill, so defendants get a piece of the Pie of Obama's Economic Stimulus Package. Madoff had secret meetings in NY with Treasury Secretary Timothy Geithner teaching Geithner how to steal from Tax Payers. Tom Daschle too was there, Charles Rangel stayed but left early. Madoff taught me personally how to rob Banks, I was featured on CNN Presents "How to Rob a Bank". Madoff taught me the Art of deception, Markopolos taught me how to whistle in high school. I had a Affair with Chewng in the SEC utility Closet. Defendants are threatening to knock my gold teeth out for Bail money, they dug up my Lending tree.com estate, they took wutangs cream. Madoff is gonna trade places with Eddie Murphy. Madoff Defrauded Jeanne Levy church's Innocent project Fund and now they don't have money to investigate my Innocense. Madoff made Slumdog a Millionaire. Madoff used Ponzi money to Pay Merrill Lynch ex ceo John Thains Signing Bonus. Defendants are hiding victims funds, they are converting cash to Barry Bonds, James Bonds, corrupt Bail Bondsman Rod cameron stringer. Defendants converted loot to gold oscars, Denver Nuggets and Prince's diamonds and Pearls. Defendants are working with Hamas to store victims money in secret tunnels. Money Laundering Bernard Keriks tapes there too. Defendants took Johnny cash & Defendants Ponzi money was used to buy tubs of Peanut Butter from Peanut corp of America to Salmonella Poison me. Defendants embezzled 1.34 Billion in digital T.V. Converter Boxes, Defendants were Fraud educated at Sidwell Friends, washington D.C.

On 12-27-08, Bernard Madoff tried to send me expensive gifts in the mail, a Golden Prison Jail Key, House Arrest Bracelet. Defendants Financially supported Michael Phelps Marijuana habit. Defendants Bought Escourts for Gov. Spitzer and cosmo shot Plaxico Burress. Madoff Bought Roland Burres's senate seat from Blago Jewish. Defendants solicted a pool of innocent investers from YMCA's, and Defendants provide NY Yankees with contract money and Nadel used ponzi money to buy Arod Steroids in 2003 and stacks of sports Illustrated's. The shock of defendants Fraud caused my friend Steve Jobbs to lose weight, and they caused Swayze & Ginsburg to get cancer. In 2002 Madoff Bought Boys for Mark Foley. Melissa Leo's Funds were hidden in a Frozen River by defendants. Madoff Bought Heath Ledger prescription drugs and now Arthur Nadel threatened to throw George Bush's shoes at me. Defendant Zucker stole my CPA License and committed the Lane Bryant Massacre. Defendants plan to stamp 501 c (3) non profit on my head. Defendants are a Brethren of Ponzi conspirators, all of the Defendants on behalf of New World order financed Barack Obama's Inauguration with stolen money in return for Presidential Pardons when they get convicted. I'm in danger now and seek protection, once defendants get sent to Federal Prison, they will transfer to me to finish my life off once and for all, steal my Financial times newspapers, Put Bounties on my head, Steal my Documents, my tell all books, Steal my Food Bank so I starve, Restraining orders are needed ASAP along with 51 billion in damages, I will use the money to pay back all the victims from Defendants Ponzi scams, part of my community service. I pray this court will grant my Motions for relief.

Jonathan Lee Riches #40948-018    respectfully,
FCI Williamsburg
P.O. Box 340
Salters, SC 89590
843-387-9400

2-6-09

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Special Legal Mail

United States District Court
NORTHERN District of Florida
Clerk of Court
United States Courthouse
401 SE 1st Ave
Gainesville, Florida 32601