IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JONATHAN LEE RICHES,

    Plaintiff,

v.                                    CASE NO. 1:09-cv-00033-MP-AK

ARTHUR NADEL, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 3, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed pursuant to 28 U.S.C. § 1915(g). The Magistrate issued the Report on April 10, 2009. Plaintiff has filed no objection, and the time to do so has now passed. Upon consideration, the Court agrees with the Magistrate that this case must be dismissed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (Doc. 3) is ADOPTED and incorporated herein, and this case is DISMISSED pursuant to 28 U.S.C. § 1915(g).

**DONE AND ORDERED** this  *22nd* day of May, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge